UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANOFI-AVENTIS U.S. LLC, et al.,<br><br>　　　　　　　Plaintiffs,<br>　v.<br><br>ELI LILLY AND COMPANY,<br><br>　　　　　　　Defendant. | Case No.: 5:15-mc-80063-PSG<br><br>**ORDER DENYING PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>**(Re: Docket No. 7)** |

Before the Court is Sanofi-Aventis U.S. LLC's and Sanofi-Aventis Deutschland GmbH's Unopposed Administrative Motion to File Documents Under Seal. Pursuant to Civil L.R. 79-5, Plaintiffs' motion is DENIED. The designating parties filed no supporting declarations. Further, the proposed sealing in Exhibit A is not narrowly tailored to confidential business information.

**SO ORDERED.**

Dated: March 13, 2015

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1