FREDERICK BROWN, SBN 65316
fbrown@gibsondunn.com
Gibson, Dunn & Crutcher LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:     415.393.8200
Facsimile:     415.393.8306

Y. ERNEST HSIN, SBN 201688
ehsin@gibsondunn.com
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone:     650.849.5322
Facsimile:     650.849.5022

*Attorneys for Sanofi-Aventis U.S. LLC and Sanofi-Aventis Deutschland GmbH*

GREGORY K. KLINGSPORN (203649)
NICOLAS A. FLEGEL (229360)
JORGENSON, SIEGEL, McCLURE & FLEGEL, LLP
gkkalsinf.com
naf@jsmf.com
1100 Alma Street, Suite 210
Menlo Park, CA 94025
Telephone:     650.324.9300
Facsimile:     650.324.0227

*Attorneys for IDEO LP*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SANOFI-AVENTIS U.S. LLC and SANOFI-AVENTIS DEUTSCHLAND GMBH,<br>Plaintiffs,<br>v.<br>ELI LILLY AND COMPANY,<br>Defendant. | Miscellaneous Action No. CV-15-80063-PSG<br>**JOINT STIPULATED REQUEST FOR ORDER CHANGING TIME** |

This Joint Stipulated Request for an Order Changing the Deadline for IDEO LP to Produce a Rule 30(b)(6) Deponent is made on behalf of IDEO LP ("IDEO"), as well as Sanofi-Aventis U.S. LLC and Sanofi-Aventis Deutschland GmbH (collectively "Sanofi"). On March 31, 2015, this Court denied in part and granted in part IDEO's motion to quash a deposition subpoena issued on behalf of Sanofi, and ordered IDEO to produce a Rule 30(b)(6) deponent, on topics approved by the Court, by April 21, 2015 for examination by Sanofi. IDEO and Sanofi have cooperated with each other, and with Eli Lilly and Company ("Lilly"), which is in litigation with Sanofi, but were unable to find a mutually available time to conduct the deposition. IDEO and Sanofi have agreed to a deposition in Chicago, IL on April 22, 2015. Lilly is available at that time and place as well. There have been no previous requested modifications to this Court's deadline for IDEO to produce a deponent, and an extension to this Court's deadline for IDEO to produce a Rule 30(b)(6) deponent would not affect the schedule for the case.

Accordingly, IDEO and Sanofi jointly request that this Court's deadline for IDEO to produce a Rule 30(b)(6) deponent be extended to April 22, 2015.

Dated: April 9, 2015

FREDERICK BROWN
GIBSON, DUNN & CRUTCHER LLP

By: /s/ Frederick Brown
Frederick Brown

FREDERICK BROWN, SBN 65316

Y. ERNEST HSIN, SBN 201688

*Attorneys for Sanofi-Aventis U.S. LLC and Sanofi-Aventis Deutschland GmbH*

GREGORY K. KLINGSPORN
JORGENSON, SIEGEL, MCCLURE & FLEGEL, LLP

By:     /s/ Gregory K. Klingsporn
        Gregory K. Klingsporn

GREGORY K. KLINGSPORN, SBN 203649

NICOLAS A. FLEGEL, SBN 229360

*Attorneys for IDEO LP*

ORDER CHANGING TIME

Pursuant to stipulation, and good cause showing, IDEO shall produce a 30(b)6 deponent by April 22, 2015.

SO ORDERED.

Dated: April 10, 2015

Paul S. Grewal
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Civil Local Rule 5.1, and will be served on all counsels of record who have consented to electronic service in accordance with Civil Local Rule 5.1 via the Court's ECF system.

Dated: April 9, 2015                                                    By: */s/ Wendy Zhu*
                                                                                          Wendy Zhu